STATE OF CONNECTICUT *v.* DONOVAN DAVIS
(14173)

Foti, Lavery and Landau, Js.

Argued October 31—decision released November 21, 1995

*Mary Miller Haselkamp*, assistant public defender, for the appellant (defendant).

*Christopher T. Godialis*, deputy assistant state's attorney, with whom, on the brief, were *John A. Connelly*, state's attorney, and *Corinne Klatt*, supervisory assistant state's attorney, for the appellee (state).

PER CURIAM. The judgment is affirmed.